AO 91 (Rev. 11/11)  Criminal Complaint    AUSA: Susan E. Fairchild    Telephone: (313) 226-9577
Agent: Joshua Maxwell    Telephone: (313) 204-5065

# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

United States of America
v.
Isidro ACEVEDO SANTAMARIA, a/k/a
Jarol Aucencio DIMAS ROCHA

Case No.
Case: 2:25-mj-30018
Assigned To : Unassigned
Assign. Date : 1/27/2025
Description: CMP USA V. ACEVEDO SANTAMARIA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-entry After Removal from the United States, Prior Felony Conviction. |

This criminal complaint is based on these facts:

On or about January 23, 2025, in the Eastern District of Michigan, Southern Division, Isidro ACEVEDO SANTAMARIA, a/k/a Jarol Aucencio DIMAS ROCHA, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently excluded, deported, and removed from the United States on or about September 1, 2012, was found in the United States, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Joshua Maxwell, CBP Enforcement Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: January 27, 2025

_Judge's signature_

City and state: Detroit, Michigan      Kimberly Altman, United States Magistrate Judge
_Printed name and title_

# **AFFIDAVIT**

The affiant being duly deposed and sworn states:

1.  I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-four years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge. I have also reviewed material from the official Immigration file and system automated data relating to Isidro ACEVEDO SANTAMARIA, which reveals the following:

2.  ACEVEDO SANTAMARIA is a thirty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3.  On July 11, 2009, ACEVEDO SANTAMARIA was convicted in the Marion County Superior Court, Indianapolis, Indiana, for felony Possession of Methamphetamine. ACEVEDO SANTAMARIA was sentenced to 545 days' confinement (535 days suspended) and 180 days' probation.

4.  On May 20, 2011, ACEVEDO SANTAMARIA was encountered by Immigration and Customs Enforcement (ICE) in Indianapolis, Indiana.

1

ACEVEDO SANTAMARIA was served with a Notice to Appear before an Immigration Judge for entering the United States without inspection, in violation of 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA) and being convicted of a controlled substance violation, in violation of 212(a)(2)(A)(i)(II) of the INA. ACEVEDO SANTAMARIA was ordered removed from the United States to Mexico by the Immigration Judge. ACEVEDO SANTAMARIA was physically removed from the United States to Mexico on July 21, 2011.

5. On April 4, 2012, ACEVEDO SANTAMARIA was apprehended by the United States Border Patrol (USBP) at or near Nogales, Arizona, for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(9)(C)(i)(II) of the INA. ACEVEDO SANTAMARIA's previous order of removal was reinstated via Form I-871.

6. On April 13, 2012, ACEVEDO SANTAMARIA was convicted in the United States District Court of Arizona, for Unlawful Entry, in violation of 8 USC §1325(a)(1). ACEVEDO SANTAMARIA was sentenced to 150 days' confinement. ACEVEDO SANTAMARIA was physically removed from the United States to Mexico on September 1, 2012.

7. On January 23, 2025, at approximately 12:16 am, at the Detroit Fort Street Cargo Facility, Detroit, Michigan, Customs and Border Protection Officers (CBPO), encountered ACEVEDO SANTAMARIA, who got lost following his GPS to a rental house in Detroit, and who had been previously ordered removed and deported from the United States. ACEVEDO SANTAMARIA initially presented a fraudulent Mexico driver's license and

2

a Wayne Township Metropolitan School District Contractor identification badge bearing the name "Jarol Aucencio Dimas Rocha".

8.  The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

9.  ACEVEDO SANTAMARIA's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems. The results revealed that ACEVEDO SANTAMARIA, is a citizen of Mexico who has previously been convicted of a felony offense and was subsequently removed from the United States. The record checks reveal that no record exists of ACEVEDO SANTAMARIA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about September 1, 2012.

10. Therefore, based upon the aforementioned facts, I have probable cause to believe that on or about January 23, 2025, in the Eastern District of Michigan, Isidro ACEVEDO SANTAMARIA, a non-citizen, who was previously convicted of a felony offense, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about September 1, 2012, and not having obtained the express consent of the Attorney General of the United States or the Secretary

3

of the Department of Homeland Security, in violation of Title 8 United States Code, Section 1326(a) and (b)(1).

                                          Joshua R. Maxwell, Enforcement Officer
                                          U.S. Customs and Border Protection

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Kimberly Altman
United States Magistrate Judge

Date:     January 27, 2025

4